# EXHIBIT A

<u>Attorneys' Fees Order</u>

(Attached)



**Pepper Hamilton LLP**
Attorneys at Law
A Pennsylvania Limited Liability Partnership

Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
609.452.0808
Fax 609.452.1147

Michael J. Mann
Partner-in-Charge, Princeton Office

Angelo A. Stio III
direct dial: 609.951.4125
stioa@pepperlaw.com

December 19, 2016

Edward M. Bernstein, Esq.
Bernstein & Manahan LLC
3120 Princeton Pike, Suite 302
Lawrenceville, NJ  08648

    Re: Farrell v. Microbilt Financial Services Corp., et al.
       Docket No.:  MER-C-6-16

Dear Ed:

    Enclosed please find a copy of the Court's December 2, 2016 Order Granting Defendant's Motion for Attorneys' Fees.  Please call me if you have any questions.

Very truly yours,

Angelo A. Stio III

AAS/ksb
Enclosure

Angelo A. Stio III (#014791997)
Stephanie L. Jonaitis (#015142002)
**PEPPER HAMILTON LLP**
(A Pennsylvania Limited Liability Partnership)
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 452-0808





FILED DEC 02 2016 SUPERIOR COURT OF NJ MERCER VICINAGE CHANCERY

*Attorneys for Defendants MicroBilt Financial
Services Corp., MicroBilt Corporation, Philip
N. Burgess, Jr., Walter Wojciechowski, Alonzo
J. Primus, Princeton Alternative Funding, LLC and
Princeton Alternative Funding, LLC
f/k/a MicroBilt Capital Funding, LLC*

| | |
|---|---|
| ROBERT FARRELL and ROBERT SZOSTAK, individually, and derivatively on behalf of PRINCETON ALTERNATIVE FUNDING, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> MICROBILT FINANCIAL SERVICES CORP., MICROBILT CORPORATION, PHILIP N. BURGESS, Jr., WALTER WOJCIECHOWSKI, ALONZO J. PRIMUS, PRINCETON ALTERNATIVE FUNDING, LLC, PRINCETON ALTERNATIVE FUNDING, LLC F/K/A MICROBILT CAPITAL FUNDING, LLC, and JOHN DOES 1, 2 and 3, <br><br> and, <br><br> PRINCETON ALTERNATIVE FUNDING, LLC, a Delaware limited liability company, <br><br> Nominal Defendant, <br> Defendants. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIV. – MERCER COUNTY <br><br> DOCKET NO.: MER-C-6-16 <br><br> *Civil Action* <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |

This matter having come before the Court by way of motion filed by Defendants seeking the entry of an Order granting them reasonable attorneys' fees pursuant to N.J.S.A. 2A:15-59.1 and R. 1:4-8; and the Court having reviewed the moving, opposition and reply papers; and the Court having further heard the argument of counsel; and for the reasons expressed by the Court on the record; and for good cause shown:

IT IS ON THIS _3rd_ DAY OF _December_, 2016, HEREBY

**ORDERED AS FOLLOWS:**

1. Defendants' motion for attorneys' fees is hereby **GRANTED**; *in part and denied in part.*
2. Plaintiffs shall ~~have twenty (20) days from the date of this Order to pay~~ Defendants reasonable attorneys' fees in the amount of ~~$24,744.15~~; *$5,250 with 30 days of the conclusion of this case in the Chancery Division.*
3. Counsel for Defendants shall serve a copy of this Order on all counsel within seven (7) days of receipt of this Order.

_____
Honorable Paul Innes, P.J.Ch.

Opposed     [X]
Unopposed   [ ]