UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT W. SZOSTAK | Case No. 22-11098-MAM |
| Debtor. _____/ | |
| MICROBILT CORPORATION and PRINCETON ALTERNATIVE FUNDING, LLC, | Adv. No. 23−01146−MAM |
| Plaintiffs, | |
| v. | |
| ROBERT W. SZOSTAK | |
| Defendant. _____/ | |

**PLAINTIFFS MICROBILT CORPORATION'S AND PRINCETON ALTERNATIVE FUNDING, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Plaintiffs MicroBilt Corporation and Princeton Alternative Funding, LLC, states as follows:

As of July 20, 2023, Plaintiff Princeton Alternative Funding, LLC is a wholly owned subsidiary of MicroBilt Financial Services Corp., which is a wholly owned subsidiary of Plaintiff MicroBilt Corporation.

As of July 20, 2023, Plaintiff MicroBilt Corporation does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: July 20, 2023

    REED SMITH LLP

    */s/ Derek J. Baker*
    **REED SMITH LLP**
    Derek J. Baker (*admitted pro hac vice*)
    1717 Arch Street
    Suite 3100
    Philadelphia, PA 19103

- 2 -

        Tel: 215-851-8148
        Facsimile: 215-851-1420
        Email: dbaker@reedsmith.com

        -and-

        */s/ Alexis A. Leventhal*
        Alexis A. Leventhal (Fla. Bar No. 108064)
        Reed Smith LLP
        225 Fifth Avenue, Suite 1200
        Pittsburgh, PA  15222
        Telephone: (412) 288-3131
        Facsimile: (412) 288-3063
        Email:  aleventhal@reedsmith.com

        *Counsel for MicroBilt Corporation and*
        *Princeton Alternative Funding, LLC*