# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

In re:

ROBERT W. SZOSTAK,                        Case No. 22-11098-MAM

    Debtor.                                 Chapter 7

_____/

MICROBILT CORPORATION and PRINCETON
ALTERNATIVE FUNDING, LLC

    Plaintiff,

v.                                           Adv. No. 23-01146-MAM

ROBERT W. SZOSTAK,

    Defendant.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that pursuant to Bankruptcy Rule 9010(b) and Local Rule 2090-1, Steven S. Newburgh, of **STEVE NEWBURGH, P.A.**, hereby enters his appearance as counsel for the Debtor/Defendant, ROBERT W. SZOSTAK. Service of all notices and papers filed in this case, including any notices required to be served pursuant to Rule 2002 and Local Rule 2002-1, are hereby requested to be served on:

**Steven S. Newburgh**
**STEVE NEWBURGH, P.A.**
884 NW 6TH DRIVE
BOCA RATON, FL 33486
Tel: (917) 579-6951
Text/SMS (561) 329-1997
Email: ssn@newburghlaw.net

Dated**:** <u>**September 5, 2023**</u>    Steven S. Newburgh
　　　　　　　　　　　　　　　　　　　　　　　　　　STEVE NEWBURGH, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　884 NW 6TH Drive
　　　　　　　　　　　　　　　　　　　　　　　　　　BOCA RATON, FL 33486
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (917) 579-6951
　　　　　　　　　　　　　　　　　　　　　　　　　　Text/SMS (561) 329-1997
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ssn@newburghlaw.net
　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Debtor/Defendant,*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Robert W. Szostak*

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Steve Newburgh*
　　　　　　　　　　　　　　　　　　　　　　　　　**STEVEN S. NEWBURGH**
　　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0348619


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served this 5th day of September, 2023, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List authorized to receive electronic notice from the court and by First Class, U.S. Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven S. Newburgh*
　　　　　　　　　　　　　　　　　　　　　　　　STEVEN S. NEWBURGH
　　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 0348619

# Mailing Information for Case 23-01146-MAM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Alexis A Leventhal    aleventhal@reedsmith.com, slucas@reedsmith.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

>Robert W. Szostak
>3191 S Dixie Hwy
>Apt 515
>West Palm Beach, FL 33405