

ORDERED in the Southern District of Florida on July 15, 2024.

_____
Mindy A. Mora, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

In re:

ROBERT W. SZOSTAK,                            Case No. 22-11098-MAM

    Debtor.                                             Chapter 7
_____/

MICROBILT CORPORATION and PRINCETON
ALTERNATIVE FUNDING, LLC

    Plaintiffs,

v.                                                          Adv. No. 23-01146-MAM

ROBERT W. SZOSTAK,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO ABATE COUNTS I, II, III,**

## IV, V, VI, VII AND VIII OF PLAINTIFFS' AMENDED COMPLAINT

**THIS CAUSE**, came before the Court for hearing on June 12, 2024 at 10:00 A.M., on Defendant, Robert W. Szostak's, ("Defendant") *Motion to Abate Counts I, II, III, IV, V, VI, VII, and VIII of Plaintiffs' Amended Complaint Pending Disposition of Proceedings Pending in the New Jersey Chancery Court; and to Determine Mootness of Plaintiffs' Motion for Summary Judgment and for Rescheduling of Pretrial Conference and to Extend All Related Pretrial Deadlines* [ECF No. 37] (the "Motion"). The Court, upon hearing argument of counsel for Plaintiffs and counsel for the Defendant, and upon review of the Motion and certain portions of the Court Record, **ORDERS** as follows:

1. The Motion is hereby **GRANTED**, as follows:

2. Counts I, II, III, IV, V, VI, VII and VIII of Plaintiffs' Amended Complaint are hereby **ABATED** pending final disposition of unliquidated claims alleged by Plaintiffs in the New Jersey state court proceedings, or as otherwise provided by this Court.

3. Plaintiffs may liquidate their non-core claims (Counts I through VIII) solely in the proceedings pending in the State of New Jersey between the Parties in this adversary and others. Plaintiffs shall notify the Court and interested parties immediately upon the rendering of a non-appealable final judgment, or in the event of an involuntary or voluntary dismissal, with prejudice, of the claims seeking liability of the Debtor/Defendant, Robert W. Szostak. Plaintiffs' counsel is directed to file a Notice of Filing with this Court, attaching the final order or judgment rendered in the New Jersey proceedings.

4. Within thirty (30) days from the rendition of a final order or judgment in the New Jersey proceedings, the Parties shall request the setting of a Scheduling Conference with this Court.

5. Count IX of the Complaint is not abated.

###

*Attorney Newburgh is hereby directed to serve a copy of this Order on all interested parties and to file a Certificate of Service thereon within three (3) days.*